FILED
CLERK, U.S. DISTRICT COURT
JUL 15 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  PLAINTIFF  v.  Albert Vincent Immerso  DEFENDANT(S). | CASE NUMBER  09-MJ-350  ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of ___Deft___, IT IS ORDERED that a detention hearing is set for __7-17-09__, _____, at __2:00__ ☐ a.m. ☒ p.m. before the Honorable RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE, in Courtroom __341__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __7/15/09__         _____Ralph Zarefsky_____
                           U.S. District Judge/Magistrate Judge