

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>ALbert Vincent Immers<br><br>DEFENDANT(S). | CASE NUMBER<br><br>09-350 M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Deft__ , IT IS ORDERED that a detention hearing is set for __Tuesday__ , __7/21/09__ , at __3:00__ ☐ a.m. / ☒ p.m. before the Honorable RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE , in Courtroom __#540__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

*(Other custodial officer)*

Dated: __7/17/09__       _____
                         U.S. District Judge/Magistrate Judge